Ryan J. Williams (SBN 228925)
rjwilliams@shb.com
SHOOK, HARDY & BACON LLP
5 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: 949 475-1500
Facsimile: 949 475-0016

B. Trent Webb
Missouri Bar No. 40778 (pro hac vice)
bwebb@shb.com
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816 474-6550
Facsimile: 816 421-5547

Jared Bobrow (SBN 133712)
jbobrow@orrick.com
Diana M. Rutowski (SBN 233878)
drutowski@orrick.com
Jason K. Yu (SBN 274215)
jasonyu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: 650 614-7400
Facsimile: 650 614-7401

Robert H. Reckers
Texas Bar No. 24039520
(pro hac vice) rreckers@shb.com
Fiona A. Bell
Texas Bar No. 24052288
(pro hac vice) fbell@shb.com
Sharon A. Israel
Texas Bar No. 00789394
(pro hac vice) sisrael@shb.com
Kyle E. Friesen
Texas Bar No. 24061954
(pro hac vice) kfriesen@shb.com
SHOOK, HARDY & BACON LLP
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Telephone: 713 227-8008
Facsimile: 713 227-9508

Attorneys for Defendant,
CERNER CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINICOMP INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> CERNER CORPORATION, <br><br> Defendant. | Case No. 3:17-CV-02479-GPC-DEB <br><br> **DEFENDANT CERNER CORPORATION'S NOTICE OF MOTION FOR ATTORNEYS' FEES UNDER 35 U.S.C. § 285** <br><br> Date: February 3, 2023 <br> Time: 1:30 p.m. (PT) <br> Dept: 2D (Second Floor) <br> Judge: Hon. Gonzalo P. Curiel |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on February 3, 2023 at 1:30 p.m. (PT), or as soon thereafter as the matter may be heard, before the Honorable Gonzalo P. Curiel in Courtroom 2D located at 221 West Broadway, San Diego, CA 92101, Defendant Cerner Corporation ("Cerner") will and does hereby move for an award attorneys' fees under 35 U.S.C. § 285.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points & Authorities, the Declaration of Diana Rutowski and accompanying exhibits, all of which are served and filed herewith, the complete records and files of this action, and any argument or additional evidence that is permitted by this Court.

Dated: November 30, 2022        ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/s/ Jared Bobrow_____
Jared Bobrow
Attorneys for Defendant
Cerner Corporation

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 30, 2022 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Dated: November 30, 2022

                                                 */s/ Jared Bobrow*
                                                   Jared Bobrow