1  Ryan J. Williams (SBN 228925)
   rjwilliams@shb.com
2  SHOOK, HARDY & BACON LLP
   5 Park Plaza, Suite 1600
3  Irvine, CA 92614
   Telephone: 949 475-1500
4  Facsimile:  949 475-0016

5  B. Trent Webb
   Missouri Bar No. 40778 (pro hac vice)
6  bwebb@shb.com
   SHOOK, HARDY & BACON LLP
7  2555 Grand Boulevard
   Kansas City, MO 64108
8  Telephone: 816 474-6550
   Facsimile:  816 421-5547

9
   Jared Bobrow (SBN 133712)
10 jbobrow@orrick.com
   Diana M. Rutowski (SBN 233878)
11 drutowski@orrick.com
   Jason K. Yu (SBN 274215)
12 jasonyu@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
13 1000 Marsh Road
   Menlo Park, CA 94025-1015
14 Telephone: 650 614-7400
   Facsimile:  650 614-7401

15
   Attorneys for Defendant,
16 CERNER CORPORATION

Robert H. Reckers
Texas Bar No. 24039520
(pro hac vice) rreckers@shb.com
Fiona A. Bell
Texas Bar No. 24052288
(pro hac vice) fbell@shb.com
Sharon A. Israel
Texas Bar No. 00789394
(pro hac vice) sisrael@shb.com
Kyle E. Friesen
Texas Bar No. 24061954
(pro hac vice) kfriesen@shb.com
SHOOK, HARDY & BACON LLP
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Telephone: 713 227-8008
Facsimile:  713 227-9508

17                    UNITED STATES DISTRICT COURT

18                 SOUTHERN DISTRICT OF CALIFORNIA

19 CLINICOMP INTERNATIONAL, INC.,

20

21                         Plaintiff,

22         v.

23 CERNER CORPORATION,

24                         Defendant.

25

26

27

28

Case No. 3:17-CV-02479-GPC-DEB

**DECLARATION OF DIANA M. RUTOWSKI IN SUPPORT OF DEFENDANT CERNER CORPORATION'S MOTION FOR ATTORNEYS' FEES UNDER 35 U.S.C. § 285**

Date:       February 3, 2023
Time:       1:30 p.m. (PT)
Dept:       2D (Second Floor)
Judge:      Hon. Gonzalo P. Curiel

I, Diana M. Rutowski, declare as follows:

1.      I am a partner at Orrick, Herrington & Sutcliffe LLP, counsel of record in this action for Defendant Cerner Corporation.  I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently testify to those matters.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of an email from Kyle Friesen (Cerner's counsel) to CliniComp's counsel regarding a Joint Claim Construction Statement Exchange, dated February 10, 2022.  Exhibit 1 includes an attachment to the email named "DRAFT – Joint Claim Construction Chart (Exhibit A)_with Cerner Additions."  Other email attachments have been omitted.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the source code review log for the source code that Cerner made available to CliniComp for inspection.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of a letter from Jared Bobrow to Bruce Zisser, dated September 28, 2022, which has been redacted for public filing.

5.      In September and October 2022, CliniComp served subpoenas seeking discovery from Cerner's customers.  On September 29, 2022, CliniComp provided notice of its intent to serve subpoenas on the following entities: Emory Healthcare, Genesis Health System, Gerald Champion Regional Medical Center, Mission Health System, and UCI Medical Affiliates of South Carolina, Inc.  On September 30, 2022, CliniComp provided notice of its intent to serve subpoenas on the following entities: Bitterroott Health - Daly Hospital, Carrollton Regional Medical Center, Henry County Memorial Hospital, South Central Regional Medical Center, Tenet HeathSystem Medical, Inc., and University of South Carolina School of Medicine.  On October 5, 2022, CliniComp provided notice of its intent to serve updated subpoenas on the following entities: Bitterroott Health - Daly Hospital,

1  Carrollton Regional Medical Center, Emory Healthcare, Genesis Health System,

2  Gerald Champion Regional Medical Center, Henry County Memorial Hospital,

3  Mission Health System, South Central Regional Medical Center, Tenet

4  HealthSystem Medical, Inc., UCI Medical Affiliates of South Carolina, Inc., and

5  University of South Carolina School of Medicine.  On October 20, 2022,

6  CliniComp provided notice of its intent to serve a subpoena on University of South

7  Carolina School of Medicine Educational Trust.  Each subpoena contained twenty-

8  three (23) or twenty-five (25) document requests, including requests such as "all

9  agreements between You and Cerner" and "[a]ll Documents Your [*sic*] received

10  from Cerner."  Attached hereto as **Exhibit 4** is a true and correct copy of an

11  exemplary subpoena served on Emory Health dated September 29, 2022.

12      6.      On September 21, 2022, CliniComp served its Third Set of Requests

13  for Production to Cerner Corporation (Nos. 122 - 154).

14      7.      On September 22, 2022, CliniComp served its Third Set of

15  Interrogatories to Cerner Corporation (Nos. 20 - 24).

16      8.      On October 10, 2022, CliniComp served its Fourth Set of

17  Interrogatories to Cerner Corporation (No. 25).

18      9.      On October 19, 2022, CliniComp served its First Set of Requests for

19  Admission to Cerner Corporation (Nos. 1 - 25).

20      10.     On July 29, 2022, CliniComp served deposition notices seeking to take

21  the depositions of Cerner employees Brent Griffin and Kathy Schuh.  On August

22  22, 2022, CliniComp served an amended deposition notice of Brent Griffin.

23      11.     On October 7, 2022, CliniComp served deposition notices seeking to

24  take the depositions of Cerner employees April Berry and Neil Ferguson.

25      12.     On October 21, 2022, CliniComp served a deposition notice seeking to

26  take a Fed. R. Civ. P. 30(b)(6) deposition of Cerner on more than fifty topics.

27      13.     After the July 28, 2022 claim construction, CliniComp continued to

28  send multiple meet and confer letters demanding supplementation in response to

- 2 -

1  discovery requests served months earlier and production of additional information.

2  For example, attached hereto as **Exhibit 5** is true and correct copy of an August 5,

3  2022 letter from CliniComp's counsel to Cerner's counsel demanding, *inter alia*,

4  Cerner's contracts with its customers and Cerner's "overall" revenue and sales data,

5  not just related to the accused services.  Attached hereto as **Exhibit 6** is a true and

6  correct copy of an October 18, 2022 letter from me to CliniComp's counsel

7  advising them, *inter alia*, that Cerner identified more than 100,000 contracts in

8  response to their demands and seeking to confer regarding an agreed scope of

9  production, while maintaining a relevance objection.

10

11       I declare under penalty of perjury that the foregoing is true and correct.

12       Executed on November 30, 2022 at Redwood City, California.

13

14                                        */s/ Diana M. Rutowski*
                                            Diana M. Rutowski

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

1

## **CERTIFICATE OF SERVICE**

2       I, the undersigned hereby certifies that I am over the age of eighteen years

3   and not a party to this action; that a true and correct copy of the above and

4   foregoing document has been served on November 30, 2022 to all counsel of record

5   who are deemed to have consented to electronic service via the Court's CM/ECF

6   system per Civil Local Rule 5.4.  Any other counsel of record will be served by

7   electronic mail, facsimile and/or overnight delivery.

8

                                        */s/ Jared Bobrow*
9                                        Jared Bobrow

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28