# Exhibit 2

# Cerner Source Code Review Log

| Name (Print) | Name (Sign) | Date and Time of Entry | Date and Time of Departure |
|---|---|---|---|
| Bill Davis | [signature] | 3/14/2022 11:22 | 3/14/2022 4:36 |
| Bill Davis | [signature] | 3/15/2022 9:30 | 3/12/2022 3:28 |
| Bill Davis | [signature] | 3/16/2022 9:36 | |
| Bill Davis | [signature] | 9/27/2022 9:15 | 4:30 |
| Bill Davis | [signature] | 9/28/2022 9:15 | 4:50 |
| Bruce Zisser | [signature] | 9/28/2022 9:15 | 2:36 |
| Amar Thakur | [signature] | 9/28/22 11am | 2:36 |
| Bill Davis | [signature] | 9/29/22 9:09am | 3:00 |
| Bruce Zisser | [signature] | 9/29/22 9:09am | 1:18 |