UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINICOMP INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> CERNER CORPORATION, <br><br> Defendant. | Case No.: 17cv2479-GPC(BLM) <br><br> **ORDER SETTING BRIEFING SCHEDULE** |

Defendant filed a motion for attorneys' fees. (Dkt. No. 124.) Accordingly, IT IS HEREBY ORDERED that any opposition shall be filed on or before **December 16, 2022**. Any reply shall be filed on or before **December 30, 2022**. A hearing is set on **February 3, 2023 at 1:30 p.m**. in Courtroom 2D.

IT IS SO ORDERED.

Dated:  December 1, 2022

Hon. Gonzalo P. Curiel
United States District Judge