Ryan J. Williams (SBN 228925)
rjwilliams@shb.com
SHOOK, HARDY & BACON LLP
5 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: 949 475-1500
Facsimile:  949 475-0016

B. Trent Webb
Missouri Bar No. 40778 (pro hac vice)
bwebb@shb.com
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816 474-6550
Facsimile:  816 421-5547

Jared Bobrow (SBN 133712)
jbobrow@orrick.com
Diana M. Rutowski (SBN 233878)
drutowski@orrick.com
Jason K. Yu (SBN 274215)
jasonyu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: 650 614-7400
Facsimile:  650 614-7401

Robert H. Reckers
Texas Bar No. 24039520
(pro hac vice) rreckers@shb.com
Fiona A. Bell
Texas Bar No. 24052288
(pro hac vice) fbell@shb.com
Sharon A. Israel
Texas Bar No. 00789394
(pro hac vice) sisrael@shb.com
Kyle E. Friesen
Texas Bar No. 24061954
(pro hac vice) kfriesen@shb.com
SHOOK, HARDY & BACON LLP
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Telephone: 713 227-8008
Facsimile:  713 227-9508

Attorneys for Defendant,
CERNER CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINICOMP INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CERNER CORPORATION,<br><br>Defendant. | Case No. 3:17-CV-02479-GPC-DEB<br><br>**DECLARATION OF JARED BOBROW IN SUPPORT OF DEFENDANT CERNER CORPORATION'S REQUEST FOR ATTORNEYS' FEES**<br><br>**REDACTED FOR PUBLIC FILING** |

I, Jared Bobrow, declare as follows:

1. I am a partner at Orrick, Herrington & Sutcliffe LLP ("Orrick"), counsel of record for Defendant Cerner Corporation ("Defendant" or "Cerner"). I make this declaration in support of Cerner's Request for Attorneys' Fees pursuant to the Court's February 3, 2023 Order Granting Defendant's Motion for Attorney's Fees (Dkt. 133) ("Request").

2. The matters set forth herein are based on my own personal knowledge except where otherwise stated, and in those instances the matters set forth herein are based on information and belief. If called as a witness, I could and would testify competently to the matters set forth herein.

**A.   Cerner's Retention of Orrick, Herrington & Sutcliffe LLP**

3. Oracle Corporation ("Oracle") announced on June 7, 2022, that it had completed its acquisition of Defendant Cerner. *See* https://www.oracle.com/news/announcement/oracle-completes-acquisition-of-cerner-2022-06-07/. Oracle and Orrick have a long-standing relationship. In fact, Oracle has been an Orrick client for more than three decades, and I have worked for Oracle for the past 10 years, both at Orrick and at my prior firm, Weil, Gotshal & Manges LLP.

4. Orrick was retained to represent Cerner in this action on July 8, 2022. Since Orrick was first retained, I have been in charge of managing this engagement on a day-to-day basis.

5. Orrick is an international law firm originally founded in San Francisco, California in 1863. Today, Orrick has more than 1,400 attorneys, of which more than 250 are in its northern California offices and more than 140 are in its southern California offices. Orrick's attorneys handle a wide range of matters, including transactions, litigation, and compliance matters, for its global client base. More than a third of the Fortune 100 companies have engaged Orrick litigators to help resolve their disputes.

6. Orrick has been recognized for its successes both in and out of the courtroom. Six Orrick attorneys are fellows of the American College of Trial Lawyers. We have been ranked Top 5 for AmLaw Litigator of the Week awards and runner-up mentions in the last year. Orrick is #3 on the American Lawyer's 2022 "A-List" of law firms and has been on the "A-List" every year since 2013. Additionally, the *Financial Times* awarded Orrick as the top firm for Innovation in Enabling Business Resilience for Clients and for Innovation in Reinventing Legal Practice in North America in 2022. Orrick's attorneys have been nationally recognized in *Chambers & Partners* and *The Legal 500*.

7. Orrick's IP team in particular has been nationally ranked for Patent Litigation and Intellectual Property Litigation in *Chambers & Partners*, *The Legal 500*, *Managing IP*, and *IAM*. My personal 2022 rankings include: *Chambers USA*: Nationwide Intellectual Property, *Chambers USA*: California Intellectual Property-Patent, *IAM Patent 1000*: California-Patent Litigation, and *Managing Intellectual Property*: IP Star-California, Patent Litigation.

**B.     Orrick's Billing Practices**

8. Orrick sets its standard billing rates consistent with the market for legal services based on the skill, experience, and reputation of its lawyers and staff. Orrick's undiscounted hourly rates in 2022 range from $1,030 to $1,750 for partners; $610 to $1,025 for associates; and $235 to $530 for paralegals.

9. Additionally, Cerner negotiated and received a ▮▮▮ percent discount off Orrick's standard hourly rates in this matter.

10. Orrick bills Cerner for attorney and paralegal time in one-tenth hour increments and provides separate billing entries with contemporaneous narratives specific to the billed tasks.

11. Cerner has paid all attorneys' fees incurred up to and including Orrick's invoice issued in December 2022. Cerner has not yet paid Orrick's invoices issued in January or February 2023, which constitute only $40,234.40 of

- 2 -

Decl. of Bobrow ISO Cerner's
Request for Attorneys' Fees
Case No. 3:17-CV-02479-GPC-DEB

the requested amount.

12. Orrick provides invoices to Cerner monthly.

13. Attached as **Exhibit 1** is a true and correct copy of a spreadsheet containing excerpts of billing records for Orrick's services rendered from August 30, 2022 through and including January 31, 2023 in connection with the defense of the lawsuit. The spreadsheet includes excerpts only for those portions of the invoiced fees for which Cerner is seeking payment. Orrick has not yet submitted a bill to Cerner for its time in February 2023 but intends to supplement its Request with that information in connection with its reply brief.

14. The billing record excerpts contain the following information: (a) the date each timekeeper performed the work; (b) the timekeeper's name; (c) the timekeeper's position; (d) the total billed amount; (e) billed hours, recorded in tenths of an hour; and (f) a narrative describing the work each timekeeper performed. Information in the narratives has been redacted as necessary due to attorney-client privilege, work product protection, and/or other applicable privileges. Orrick is prepared to submit un-redacted copies of Exhibit 1 for *in camera* review by the Court upon the Court's request. The billing record excerpts are further redacted to excise time entries and charges for which Cerner is not seeking reimbursement in this proceeding (such as in connection with CliniComp's appeal and consideration of strategies that Cerner ultimately did not pursue). For such entries we have completely redacted the corresponding narrative and made the corresponding adjustments to the billed amount and billed hours to reflect the fees sought here.

15. With respect to the tasks set forth on Exhibit 1, Cerner seeks the reimbursement of $766,474.80 as reasonable attorneys' fees incurred from August 30, 2022 through January 31, 2023.

16. The total billed amount from August 30, 2022 through January 31, 2023 for which Cerner is not seeking reimbursement through this Request (such as

in connection with CliniComp's appeal and consideration of strategies that Cerner ultimately did not pursue) is $29,172.00.

17. The total amount of Orrick fees that were unbilled as a result of the ■ discount and various other time write offs and write downs between August 30, 2022 and January 31, 2023 was ■

### C. The Orrick Attorneys And Paralegals Staffed On This Action

18. In order to litigate this action, Orrick staffed attorneys with the skills, reputation, and experience to handle the responsibilities inherent in defending this action.

19. I am the Orrick partner in charge of the overall defense of this case. I have more than three decades of litigation experience with a primary focus on patent litigation. I graduated from Columbia Law School in 1986. My undiscounted 2022 billing rate was $1,465 per hour. My discounted billing rate charged to Cerner in this action is ■ per hour. A true and correct copy of my current biography appears on the Orrick website.[1]

20. Diana Rutowski is the Orrick partner in charge of managing the day-to-day tasks in this case. She has more than eighteen years of litigation experience with a primary focus on intellectual property litigation for technology companies. She graduated from Harvard Law School in 2004. Her undiscounted 2022 billing rate was $1,120 per hour. Her discounted billing rate charged to Cerner in this action is ■ per hour. A true and correct copy of Ms. Rutowski's current biography appears on the Orrick website.[2]

21. Jason Yu is the Orrick partner in charge of the technical aspects of the case. He has more than thirteen years of litigation experience with a primary focus on patent litigation. He graduated from the University of Southern California Gould School of Law in 2009. His undiscounted 2022 billing rate was $1,055 per

---

[1] https://www.orrick.com/People/7/9/7/Jared%20Bobrow
[2] https://www.orrick.com/People/A/7/3/Diana%20Rutowski

hour. His discounted billing rate charged to Cerner in this action is [REDACTED] per hour. A true and correct copy of his current biography appears on the Orrick website.[3]

22. In addition to the partners mentioned above, the core team included associate Benjamin Austin, law clerk Amanda Schwartz, paralegal/analyst Matthew Bonini, and paralegals Katri Lahtinen and Miwako Burleigh.

23. Benjamin Austin is a Managing Associate at Orrick's Orange County office with a specialty in Intellectual Property law. He graduated from the University of California, Berkeley School of Law in 2018. His undiscounted 2022 billing rate was $805 per hour. His discounted billing rate charged to Cerner in this action is [REDACTED] per hour. A true and correct copy of his current biography appears on the Orrick website.[4]

24. Amanda Schwartz is a Law Clerk in Orrick's San Francisco office. She graduated from The George Washington University Law School in 2021. Her undiscounted 2022 billing rate was $610 per hour. Her discounted billing rate charged to Cerner in this action is [REDACTED] per hour. Amanda started as an Associate in Orrick's Washington, DC office and is admitted to the DC Bar. In 2022 she moved to Orrick's San Francisco, California office, and she is currently studying to take the California Bar, which is why her current title is "Law Clerk." A true and correct copy of her current profile appears on her LinkedIn page.[5]

25. Matthew Bonini, a Paralegal/Analyst in Orrick's Silicon Valley office, assisted on this matter. Mr. Bonini has over 29 years of experience. Mr. Bonini's undiscounted 2022 billing rate was $495 per hour. His discounted billing rate charged to Cerner in this action is [REDACTED] per hour.

26. Katri Lahtinen, a Senior Paralegal in Orrick's Silicon Valley office assisted on this matter. Ms. Lahtinen has eleven years of experience. Ms.

---

[3] https://www.orrick.com/People/C/1/7/Jason%20Yu

[4] https://www.orrick.com/People/B/F/6/Benjamin%20Austin

[5] https://www.linkedin.com/in/amanda-schwartz-66999794

DECL. OF BOBROW ISO CERNER'S
REQUEST FOR ATTORNEYS' FEES
CASE NO. 3:17-CV-02479-GPC-DEB

1  Lahtinen's undiscounted 2022 rate was $420 per hour. Her discounted billing rate charged to Cerner in this action is ███ per hour.

27. Miwako Burleigh, a Senior Paralegal in Orrick's Seattle office assisted on this matter. Ms. Burleigh has twenty-three years of experience. Ms. Burleigh's undiscounted 2022 billing rate was $415 per hour. Her discounted billing rate charged to Cerner in this action is ███ per hour.

28. The effective billing rates for each of Orrick's timekeepers was reduced by the negotiated discount of ███ percent during the relevant period as reflected above and in the billing records attached as Exhibit 1. Accordingly, a summary of the timekeepers and billing rates can be found below:

| Timekeeper | Position | Years of Practice | Undiscounted Rate | Discounted Rate |
| --- | --- | --- | --- | --- |
| Jared Bobrow | Partner | 34 | $1,465 | ███ |
| Diana Rutowski | Partner | 18 | $1,120 | ███ |
| Jason Yu | Partner | 13 | $1,055 | ███ |
| Ben Austin | Associate | 4 | $805 | ███ |
| Amanda Schwartz | Associate | 1 | $610 | ███ |
| Matthew Bonini | Paralegal/Analyst | 29 | $495 | ███ |
| Katri Lahtinen | Paralegal | 11 | $420 | ███ |
| Miwako Burleigh | Paralegal | 23 | $415 | ███ |

29. I have reviewed the supporting bills in this matter and believe they accurately reflect the services performed. I do not believe there is any unreasonable inefficiency or duplication of effort reflected in the bills. The litigation team was efficiently staffed.

D. **Comparable Billing Rates at Other Firms**

30. Attached hereto as **Exhibit 2** is a report pulled from Docket Navigator of the firms representing defendants in patent cases since 2018. The firms are

1  largely global firms and firms that have specialized intellectual property attorneys,
2  including Fish & Richardson, Sheppard Mullin, Paul Hastings, Covington &
3  Burling, DLA Piper, Quinn Emanuel, and others.

4      31.    Attached hereto as **Exhibits 3 and 4**, respectively, are true and correct
5  excerpts from the American Intellectual Property Law Association's 2019 and 2021
6  Report of the Economic Survey ("AIPLA Survey"), which lists the average billing
7  rates for firms in various regions of California. The AIPLA Surveys show that the
8  rates paid by Cerner in this matter are within the ranges of partner and associate
9  billing rates for attorneys of law firms in California. Note that these surveys reflect
10 billing rates in 2018 and 2020, respectively, and Cerner is seeking reimbursement
11 based on its 2022 rates.

12     32.    The Orrick rates paid by Cerner in this matter are also comparable to
13 the rates charged by the attorneys representing Plaintiff CliniComp in this action
14 according to public information. According to the complaint in this action,
15 CliniComp's counsel Amar Thakur and Bruce Zisser were at Quinn Emanuel
16 Urquhart & Sullivan's Los Angeles office when they filed the complaint in 2017.
17 Attached hereto as **Exhibit 5** are articles reporting that Quinn Emanuel's attorney
18 rates range as high as $2,130 and its paralegal rates are as high as $670. Messrs.
19 Thakur and Zisser moved from Quinn Emanuel to the Los Angeles office of
20 Manatt, Phelps & Phillips, LLP in 2020 (*see*
21 https://www.manatt.com/insights/press-releases/2020/manatt-adds-duo-of-elite-
22 patent-litigators-to-nati). Attached hereto as **Exhibit 6** is an article reporting that
23 Manatt has disclosed a partner rate of $1,175 per hour in a California case.

24     Executed on February 24, 2023 at San Francisco, California.
25     I declare under penalty of perjury that the foregoing is true and correct.

                                                */s/ Jared Bobrow*
                                                Jared Bobrow

**CERTIFICATE OF SERVICE**

    I, the undersigned hereby certifies that I am over the age of eighteen years and not a party to this action; that a true and correct copy of the above and foregoing document has been served on February 24, 2023 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

                                            */s/ Jared Bobrow*
                                               Jared Bobrow