# Exhibit 2


Case 3:17-cv-02479-GPC-DEB   Document 136-3   Filed 02/24/23   PageID.3935   Page 2 of 3

COURT PROFILE

# California Southern District

Patentees | ✓ Patent Challengers

2008  2009  2010  2011  2012  2013  2014  2015  2016  2017  **2018  2019  2020  2021  2022**

## TOP PATENT CHALLENGER PARTIES

| PARTY NAME | CASES |
|---|---|
| LG Electronics USA, Inc. | 5 |
| u-blox America, Inc. | 4 |
| u-blox AG | 4 |
| Google, LLC f/k/a Google Inc. | 4 |
| NXP USA, Inc. | 4 |
| u-blox San Diego, Inc. | 4 |
| Qualcomm Technologies, Inc. | 4 |
| Kyocera International, Inc. | 3 |
| MaxLinear, Inc. | 3 |
| LG Electronics, Inc. | 3 |
| LG Electronics MobileComm USA, Inc. n/k/a LG Electronics USA, Inc. | 2 |
| Tanvex BioPharma, Inc. | 2 |
| Franklin Wireless Corp. | 2 |

## TOP PATENT CHALLENGER FIRMS

| FIRM NAME | CASES |
|---|---|
| Fish & Richardson | 16 |
| Procopio Cory Hargreaves & Savitch | 14 |
| Knobbe Martens Olson & Bear | 7 |
| Sheppard Mullin Richter & Hampton | 6 |
| Paul Hastings | 5 |
| Kilpatrick Townsend & Stockton | 5 |
| Covington & Burling | 5 |
| Buchalter  **LOCAL COUNSEL** | 5 |
| DLA Piper | 5 |
| Perkins Coie | 4 |
| Morrison & Foerster | 4 |
| Willkie Farr & Gallagher | 4 |
| Arnold & Porter Kaye Scholer | 4 |
| Quinn Emanuel Urquhart & Sullivan | 4 |

DocketNavigator

